*For reversal*—HEHER, PERSKIE, RAFFERTY, WALKER, JJ. 4.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES ZEEK, PLAINTIFF IN ERROR.

Argued October 19, 1938—Decided January 13, 1939.

For the defendant in error, *Orville V. Meslar.*

For the plaintiff in error, *J. Bernard Saltzman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—CASE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 11.

*For reversal*—None.